AO 245I(Rev. 11/16) Judgment in a Criminal Case for a Petty Offense

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | **(For a Petty Offense)** |
| | Case Number: 8:16CR213-003 |
| ELKHORN LAWN CARE, L.L.C. | Clarence E. Mock, III; Donald L. Schense |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count I of the Information.

☐ pleaded nolo contendere to count(s)  which was accepted by the court.

☐ was found guilty on count(s)  after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| **Title & Section & Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 8:1324a(a)(1)(A)&(f)(1) HARBORING ILLEGAL ALIENS | July 1, 2016 | I |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ The Indictment was dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

February 3, 2017
Date of Imposition of Sentence:

s/ Susan M. Bazis
United States Magistrate Judge

February 7, 2017
Date

AO 245I(Rev. 11/16) Judgment in a Criminal Case for a Petty Offense                                      Judgment Page 2 of 3

DEFENDANT: ELKHORN LAWN CARE, L.L.C.
CASE NUMBER: 8:16CR213-003

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|  | **Assessment** | **JVTA Assessment*** | **Fine** |
|---|---|---|---|
| **TOTALS** | $10.00 (paid) |  | $25,000.00 (paid) |

AO 245I(Rev. 11/16) Judgment in a Criminal Case for a Petty Offense    Judgment Page 3 of 3

DEFENDANT: ELKHORN LAWN CARE, L.L.C.
CASE NUMBER: 8:16CR213-003

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk